UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Kathleen Corbett | Chapter 13 |
| Debtor | 18-18484 JKF |

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Objection of the Debtor to Proof of Claim Number 4, filed by LVNV Funding LLC, it is hereby;

ORDERED AND DECREED that the Proof of Claim Four on the claims register in the instant bankruptcy matter is STRICKEN.

Further Ordered:

DATED: 2/14/19

Hon. Jean K. FitzSimon