UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| John F. Zepka | : | Chapter 13 |
| | : | |
| Debtor | : | 16-10253 JKF |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Objection to Proof of Claim and Request for Admissions on the following parties by electronic means or regular US mail:

**WILLIAM C. MILLER**
Chapter 13 Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106

**Resurgent Capital Services**
(Requested address on POC where notices are to be sent)
PO Box 10587
Greenville, SC 29603-0587

/S/Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
(215) 545-0008