UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
    Kathleen Corbett :
 : Chapter 13
 :
    Debtor (s) :
 : Case No.: 18-18484 JKF

## Notice of Motion, Response Deadline and Hearing Date

Brad J. Sadek, Esq., attorney for the Debtor in the above captioned matter has filed an Objection to Proof of Claim Number Four (4) Filed by LVNV Funding, LLC, for the reasons detailed in the enclosed Objection.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult an attorney).

1.    If you do NOT want the court to grant the relief sought, then on or before **March 27, 2019** you or your Attorney must do ALL of the following:

If you mail your answer to the clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a)    file an answer explaining your position at:
    United States Bankruptcy Court
    Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107

(b)    mail a copy to the movant's attorney:
    Brad J. Sadek, Esq.
    Sadek and Cooper Law Offices
    1315 Walnut Street #502
    Philadelphia, PA 19107

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the enclosed objection.

3.    A hearing on the objection is scheduled to be held before **The Honorable Jean FitzSimon on April 3, 2019 at 9:30 am at The United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107 Courtroom #3.**

4.    You may contact the Bankruptcy Clerks office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.