UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Kathleen Corbett
       Bankruptcy No.  18-18484-JKF
       Adversary No.
       Chapter 13

Date:   2/19/19

To: BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

## NOTICE OF INACCURATE FILING

Re: Objection to Claim Number 4

The above pleading was filed in this office on 2/18/19 . Please be advised that the following document(s) filed contains a deficiency as set forth below:

- (xx)   Debtor's name does not match case number listed- ONLY the Certificate of Service has the incorrect name and case number
- ()   Debtor's name and/or case number (is) are missing.
- ()   Wrong PDF document attached
- ()   PDF document not legible
- ()   Notice of Motion/Objection
- ()   Electronic Signature missing
- ()   Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **C. Wagner**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04