UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Kathleen Corbett | : | Chapter 13 |
| | : | |
| Debtor | : | 18-18484 JKF |

### ORDER

AND NOW, this __5th__ day of __April__, 2019, upon consideration of the Objection of the Debtor to Proof of Claim Number 4, filed by LVNV Funding LLC, it is hereby;

ORDERED ~~AND DECREED~~ that the Proof of Claim Four on the claims register in the instant bankruptcy matter is STRICKEN.

~~Further Ordered~~:

_____
Hon. Jean K. FitzSimon

~~DATED: 2/14/19~~