IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>KATHLEEN CORBETT,<br><br>　　　Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br><br>　　　Movant,<br><br>　　v.<br><br>KATHLEEN CORBETT, and<br>SCOTT WATERMAN, Chapter 13 Trustee,<br><br>　　　Respondents. | Bankruptcy No. 18-18484-jkf<br><br>Chapter 13<br><br>Related to Doc. No. 14 & 20 |
|---|---|

ORDER OF COURT

AND NOW, this 25th day of April, 2019, upon consideration of the foregoing Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge